In the Matter of the Application of WALLACE H. EISS, Appellant, for an Order of Mandamus against CHARLES E. SUMMERS et al., as Water Commissioners of the Village of Williamsville, Respondents.

*Appeal — order of Appellate Division reversing order of mandamus in exercise of discretion — appeal therefrom dismissed.*

· *Matter of Eiss* v. *Summers,* 205 App. Div. 691, appeal dismissed. (Argued October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 5, 1923, which reversed an order of Special Term granting a motion for a peremptory order of mandamus and denied said motion.

The motion was made upon the ground that the determination of the Appellate Division was discretionary.

*Wortley B. Paul* for motion.
*Myron S. Short* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

CLARK PAPER AND MANUFACTURING COMPANY, Respondent, *v.* EDWARD D. STENACHER, Appellant.

(Submitted October 1, 1923; decided October 9, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 312.)